**No. 67656.**—Gramercy Guild Group, Inc. *v.* United States, protests 59/31152 and 60/11492 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of triangles and curves, composed of acrylic plastic, the same in all material respects as those the subject of Abstract 64292, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 1, 1963

**No. 67657.**—Liebermann Waelchli & Co. N.Y., Inc. *v.* United States, protests 60/17185, 60/17190, and 60/26976 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.

**No. 67658.**—S. Jack Senter *v.* United States, protest 62/10738 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brass aerators similar in all material respects to those the subject of Abstract 65882, the claim of the plaintiff was sustained.